MARK DAVID McPHERSON (307951)
*mmcpherson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Tel.: +1 212 813 8800

Attorneys for Defendant Elsevier Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

KIMSA NGUYEN and DAVID GARCIA, on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

ELSEVIER INC.,

Defendant.

Case No. 5:25-cv-00825-NC

**DEFENDANT'S STATEMENT OF RECENT DECISION**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 7-3(d)(2) and in anticipation of the May 21, 2025 hearing on the Motion to Dismiss filed by Defendant Elsevier Inc. (Dkt. 15), Defendant hereby submits this Statement of Recent Decision to bring to the Court's attention the decision issued by the United States Court of Appeals for the Second Circuit on May 1, 2025, *Solomon v. Flipps Media, Inc.*, No. 23-7597 (2d Cir. 2025). A true and correct copy of the Second Circuit's opinion is attached hereto as Exhibit 1. The Second Circuit's opinion is relevant to the issues raised in Defendant's pending Motion to Dismiss.

Dated: May 9, 2025

Respectfully submitted,

By: */s/ Mark David McPherson*

MARK DAVID McPHERSON
*mmcpherson@goodwinlaw.com*
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel: +1 212 813 8800

Attorneys for Defendant Elsevier Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on May 9, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2025.

*/s/ Mark David McPherson*
MARK DAVID McPHERSON