**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR FLYNN (SBN 253362)
*tflynn@fmfpc.com*
PETER GRAZUL (SBN 342735)
*pgrazul@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1471
Fax: (619) 331-2943
***Counsel for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KIMSA NGUYEN and DAVID GARCIA on behalf of themselves, those similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ELSEVIER INC.,<br><br>Defendant. | Case No. 5:25-cv-00825-NC<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Judge: Hon. Nathaniel M. Cousins |

TO THE COURT, ALL PARTIES, AND THE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, Plaintiffs hereby submit this Statement of Recent Decision to bring to the Court's attention a decision issued by a court in the Western District of Wisconsin on May 20, 2025, *Manza v. Pesi Co., Inc.*, No. 3:24-cv-00690 (W.D. Wis. 2025). A true and correct copy of the decision is attached as Exhibit 1. The decision is relevant to the issues discussed during the May 21 hearing on Defendant's Motion to Dismiss and issues addressed in Plaintiffs' Opposition to the Motion.

Dated: May 27, 2025

Respectfully Submitted,

/s/ Jack Fitzgerald

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE
*mmonroe@fmfpc.com*
TREVOR FLYNN
*tflynn@fmfpc.com*
PETER GRAZUL
*pgrazul@fmfpc.com*
ALLISON FERRARO
*aferraro@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1471

***Counsel for Plaintiffs***