MARK DAVID McPHERSON (307951)
*MMcPherson@goodwinlaw.com*
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800
Fax: +1 212 355 3333

Attorneys for Defendant
ELSEVIER INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KIMSA NGUYEN and DAVID GARCIA, on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

ELSEVIER INC.,

Defendant.

Case No. 5:25-cv-00825-NC

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO STRIKE (L.R. 6-2)**

Motion to Strike filed: November 3, 2025
Current response date: November 17, 2025

Pursuant to Civil Local Rule 6-1(a), Defendant Elsevier Inc. ("Elsevier) and Plaintiffs Kimsa Nguyen and David Garcia ("Plaintiffs") (collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on August 26, 2025, Plaintiffs filed a First Amended Complaint in the above-entitled action in the United States District Court for the Northern District of California (*see* ECF No. 38);

WHEREAS, on September 9, 2025, Elsevier moved to dismiss the First Amended Complaint (ECF No. 40);

WHEREAS, on October 7, 2025, the Court denied Elsevier's motion to dismiss (ECF No. 47);

WHEREAS, on October 21, 2025, Elsevier filed its Answer to the First Amended Complaint (ECF No. 48), which contained affirmative defenses;

WHEREAS, on November 3, 2025, Plaintiffs filed a Motion to Strike Elsevier's Affirmative Defense Nos. 1-2, 5, 8, 9-12, & 15-20;

WHEREAS, pursuant to Federal Rule of Civil Procedure 6(d) and Civil Local Rule 7-3(a), Elsevier's deadline to respond to the Motion to Strike is currently November 17, 2025;

WHEREAS, pursuant to Local Rule 6-2, Plaintiffs agreed to extend Elsevier's time to file an opposition to the Motion to Strike to December 5, 2025;

WHEREAS, the Parties further agree to extend Plaintiffs' time to file a reply in further support of the Motion to Strike to December 19, 2025; and

WHEREAS, this extension will not alter the date of any event or deadline already fixed by Court order.

**STIPULATION**

NOW THEREFORE, the Parties stipulate and agree, pursuant to Local Rule 6-2, that:

1. The time for Elsevier to respond to the Motion to Strike shall be extended until December 5, 2025;

2. The time for Plaintiffs to submit a reply to the Motion to Strike shall be extended until December 19, 2025; and

3. Nothing herein shall be deemed a waiver of any rights or defenses by any party.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November __, 2025

By: ______________________________
HON. NATHANIEL M. COUSINS
United States Magistrate Judge

Dated: November 14, 2025

GOODWIN PROCTER LLP

By: */s/ Mark David McPherson*
Mark David McPherson

Attorney for Defendant
ELSEVIER INC.

Dated: November 14, 2025

FITZGERALD MONROE FLYNN PC

By: */s/ Jack Fitzgerald*
Jack Fitzgerald

Attorney for Plaintiffs
KIMSA NGUYEN and DAVID GARCIA

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated: November 14, 2025

*/s/ Mark David McPherson*
Mark David McPherson