UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMSA NGUYEN, and others,

          Plaintiffs,

      v.

ELSEVIER INC.,

          Defendant.

Case No. 25-cv-00825-NC

**ORDER ON DISCOVERY DISPUTE**

Re: ECF 72

The parties submitted a joint discovery letter for the Court's consideration,  ECF 72, and the Court heard oral argument on March 25, 2026.  At the hearing, the parties informed the Court that Defendant agreed to provide a privilege log in response to Requests for Production Nos. 32 and 49.  So, the Court's Order addresses the remaining disputes as follows:

- ORDERS Defendant to respond to Plaintiffs' Interrogatories Nos. 5 and 9;
- ORDERS Defendant to search records of Feldstein, Leddy, Stout, and those persons whom Feldstein and Leddy testified were involved with tracker audits, investigation, and discussions of tracker usage;
- ORDERS Defendant to respond to Plaintiffs' Requests for Production Nos. 13, 23, 29, 41, and 43;
- ORDERS Plaintiffs to respond to Defendant's Requests for Production Nos. 1 and

United States District Court
Northern District of California

3;

- ORDERS Google's production in response to Plaintiffs' subpoena; and
- ORDERS the parties to meet and confer further regarding a reasonable compromise to Defendant's Requests for Inspection Nos. 1 and 2 and submit a joint letter no longer than five (5) pages with said proposal.

The parties' responses, Defendant's records search, Google's production, and the joint letter must be completed by April 23, 2026.  This Order does not preclude third parties subpoenaed by Plaintiff from objecting to discovery requests or moving for a protective order.

**IT IS SO ORDERED.**

Dated:  March 26, 2026    _____

NATHANAEL M. COUSINS
United States Magistrate Judge

2