United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMSA NGUYEN, and others,

Plaintiffs,

v.

ELSEVIER INC.,

Defendant.

Case No. 25-cv-00825-NC

**ORDER RE ADMINISTRATIVE MOTION FOR CLARIFICATION; JOINT DISCOVERY LETTER BRIEF**

Re: ECF 82, 85

This Order addresses Plaintiff's Administrative Motion for Clarification, ECF 82, and the parties' joint letter, ECF 85. The Court is unsatisfied by the parties' efforts in resolving these disputes and the joint letter's technological jargon.

The Court orders the parties to confer further and file a joint update by May 12, 2026. The joint update must be five pages or less, double-spaced, and in compliance with Local Rule 3-4. The joint update must also include, as an exhibit, a chart three pages or less, comparing the parties' forensic review proposals.

**IT IS SO ORDERED.**

Dated: April 28, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge