United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMSA NGUYEN, and others,

Plaintiffs,

v.

ELSEVIER INC.,

Defendant.

Case No. 25-cv-00825-NC

**ORDER GRANTING DEFENDANT'S DISCOVERY PROPOSAL**

Re: ECF 88

The Court ordered the parties to submit an additional joint letter regarding proposed forensic discovery after further meet and confer efforts. ECF 87. The Court is convinced by Defendant's statement, made in layman's terms, that full forensic imaging of Plaintiffs' devices by a neutral expert is required. Accordingly, the Court grants Defendant's proposal in full, including that the parties shall evenly split the costs of forensic imaging.

**IT IS SO ORDERED.**

Dated: May 15, 2026

NATHANAEL M. COUSINS
United States Magistrate Judge