**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmpc.com*
TREVOR M. FLYNN (SBN 253362)
*tflynn@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
DANIEL E. SACHS (SBN 361027)
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619)215-1741
***Counsel for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KIMSA NGUYEN and DAVID GARCIA, on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

ELSEVIER, INC.,

Defendant.

Case No. 5:25-cv-00825-NC

**DECLARATION OF DAVID GARCIA IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Judge: Hon. Nathanael M. Cousins
Date: December 9, 2026
Time: 11:00 a.m.
Location: Courtroom 5, 4th Floor

I, David Garcia, declare:

1. I am a Plaintiff in this matter and make this declaration based on my own personal knowledge, in support of Plaintiffs' Motion for Class Certification. I could competently testify to the facts stated herein if called to do so.

2. I registered and created an Osmosis account in July 2023, providing my full name and email address. Thereafter, I viewed numerous videos covering a range of medical topics. I do not believe Elsevier ever disclosed to me that it would share with third parties information about the video materials and services I accessed.

3. I volunteered to serve as a named plaintiff and potential Class Representative in this lawsuit in around October 2024. I understand that as a Class Representative, I am representing other Osmosis users located in the United States. I understand that I have a fiduciary duty to the Class and am obligated to make decisions in the best interest of the whole Class and all Class Members. I am able and willing to satisfy that duty.

4. I also understand that as a Class Representative, I must stay informed of developments and participate in the litigation. I have already worked closely with my counsel to provide written responses and documents to Elsevier. I have had my phone, iPad, computer, and laptop forensically imaged. And I have given deposition testimony. I am prepared to give testimony at trial if called upon to do so.

5. I am not aware of any conflicts of interest I have with the Class. I have been in steady periodic communication with my counsel since becoming involved in the action, and have otherwise been actively involved in the lawsuit. I will continue to stay active and in touch with my counsel, to fulfill my duties as Class Representative, and to prosecute the case vigorously on behalf of the Class.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 2nd day of September, 2026, in Houston, Texas.

By: DocuSigned by: David Garcia 4F7081A41C0C4D2...

David Garcia