**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmfpc.com*
TREVOR M. FLYNN (SBN 253362)
*tflynn@fmfpc.com*
KADEN D. BYRON (SBN 333158)
*kbyron@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
DANIEL E. SACHS (SBN 361027)
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619)215-1741
***Counsel for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KIMSA NGUYEN and DAVID GARCIA, on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

ELSEVIER, INC.,

Defendant.

Case No. 5:25-cv-00825-NC

**DECLARATION OF DR. STUART SCHECHTER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**REDACTED FOR PUBLIC FILING**

Judge: Hon. Nathanael M. Cousins
Date: December 9, 2026
Time: 11:00 a.m.
Location: Courtroom 5, 4th Floor

I, Dr. Stuart Schechter, declare:

1. I am Dr. Stuart Edward Schechter. On behalf of Plaintiffs, I submitted a May 27, 2026 class certification expert report ("Schechter Report"). I stand by the opinions in that report.

2. Since issuing that report, I have received additional materials from depositions, discovery, and exhibits introduced at my deposition.

**Learn Pages**

3. I state in ¶ 16 of my report that the learn pages on Osmosis "host the videos that Osmosis subscribers register to access." As described in my deposition, I analyzed the Osmosis Sitemap.xml (https://www.osmosis.org/Sitemap.xml) to confirm this, and verified that all the videos listed in the Sitemap correspond to learn pages. I note that 507 additional pages exist under the /learn/ path from which no videos materials or services can be requested or obtained.

4. Elsevier's expert, Andrew Shaxted, and Elsevier's counsel have questioned whether the contents of Osmosis web pages that start with path `/learn/` parameters of a URL that include '?' symbol, especially connected to the query parameter named '`search_term`', impact which video element is rendered onto the page. Elsevier failed to produce the code that can determine, or override, what content will be rendered for a given URL. I am thus only able to test the behavior of the Osmosis website on September 3, 2026, for which I used the following test URL from META_GARCIA_00001: `https://www.osmosis.org/learn/Parasympathetic_nervous_system?search_term=myocardial_inf`.

5. When I requested that URL from the Osmosis web server, the response it generated appears to have been produced by JavaScript code using the next.js framework. The code delivered to my browser caused my browser to render the page content associated with the '`Parasympathetic_nervous_system`', including the sample frame of video, then the code delivered with the page quickly redirected me away from those materials. The code automatically navigated me to a search page with URL '`https://www.osmosis.org/search?search_term=myocardial+inf`' which rendered a list of learning

pages. I offer no opinion as to whether the rendering prior or subsequent to redirection constitutes video materials or services.[1]




Figure 1
Clicking on any of the search results, including when a play button is rendered as is the case for the top result over which my mouse was hovered, directs the user to the Learn page for that result.

[1] Without access to the appropriate code, the best I can guess about how such URLs were collected by META is that the Facebook pixel sent a page view event prior to the redirection to the search page. Since the redirection was executed entirely by code most likely a call to the Brower's `window.location.replace` API (https://developer.mozilla.org/en-US/docs/Web/API/Location/replace), the Meta pixel might not re-load at the new page and so the search page URL would not be transmitted to the Facebook pixel as a separate page view event. After being redirected to a search page and clicking on content, I was taken to the Learn page for the content. As such, it does not appear to be possible to interact with content from a Learn page without opening that Learn page.

6. Aside from the 'search_term' query parameter, I am not aware of any other parameter causing redirections or behaviors that would navigate the user away from the learn page. Further, most of the URLs with paths starting with '/learn/' transmitted to third parties appear to have had no query parameters.

7. If there are any questions about whether video materials are services are available when a URL contained a 'search_term' parameter or other parameters, such as for the purposes of segregating or excluding them, such URLs are straightforward to identify by the presence of the '?' symbol (indicating the start of query parameters) and the parameter name followed by an equal sign ('=').

**Keen**

8. I cited 'keen.io' as a potential destination of data tracked by Osmosis under the name 'keen'. My understanding is that Elsevier has testified that Keen was a code name for an internal tracking system and is not keen.io. While I have no reason to contest this assertion, I am unable to verify it, as Elsevier has not produced the code required to validate it.

**Pinterest**

9. Pinterest, Inc. produced three documents on June 5, 2026 in comma-separated value (CSV) format, which is easily read by software or imported into spreadsheets, and which I have subsequently reviewed:

- Elsevier-Pinterest-00000001_CONFIDENTIAL.csv
- Elsevier-Pinterest-00000002_CONFIDENTIAL.csv
- Elsevier-Pinterest-00000003_CONFIDENTIAL.csv

10. Plaintiffs' counsel has represented to me that:

- The Pinterest User ID for Plaintiff Kimsa Nguyen is [redacted]
- The Pinterest User ID for Plaintiff David Garcia is [redacted]

11. The 'automaticdata' field appears to contain a JSON encoding of automated (default) fields transmitted to, and received by, Pinterest during events such as [redacted], as shown in Figure 2, below.

[redacted]

Figure 2
JSON extracted from the `automaticdata` column of row 4 of Elsevier-Pinterest-0000001.

[redacted]

12. In **`Elsevier-Pinterest-0000001_CONFIDENTIAL.CSV`**, the records Pinterest produced for Plaintiff Kimsa Nguyen (Pixel User ID [redacted]) contained [redacted] Pinterest also recorded [redacted] for Plaintiff Kimsa Nguyen. The records transmitted for Plaintiff David Garcia (Pixel User ID [redacted]) contained [redacted] Pinterest also recorded [redacted] for Plaintiff David Garcia.

13. In **`Elsevier-Pinterest-0000002_CONFIDENTIAL.CSV`**, the records Pinterest produced for Plaintiff Kimsa Nguyen (Pixel User ID [redacted]) contained [redacted]

[redacted] Pinterest also recorded [redacted] for Plaintiff Kimsa Nguyen. The records Pinterest produced for David Garcia (Pixel User ID [redacted]) contained [redacted]. Pinterest also recorded an [redacted] for Plaintiff David Garcia.

14. Pinterest records indicated that it tracked Plaintiff Kimsa Nguyen using the following match types:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

15. Pinterest records indicated that it tracked Plaintiff David Garcia using the following match types:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

**Pendo.io**

16. My May 27 Report noted that "[redacted]." Schechter Report ¶ 76; *see also id.* ¶ 77. I further noted that [redacted] *Id.* ¶ 79. Pendo's document production has borne that out.

17. Pendo produced two documents which I received on August 10, 2026[2] and have subsequently reviewed:

- `access_request.`[redacted]`_confidential.json`
- `access_request.`[redacted]`_confidential.json`

18. The unique Osmosis user ID of Plaintiff Kimsa Nguyen's is [redacted] (Elsevier_00000236 at the first column of the second line) and Plaintiff David Garcia is [redacted] (Elsevier_00000237 at the first column of the second line). These two Osmosis user IDs correspond to the numbers in these two file names. And indeed, each of these files Pendo produced corresponds to a Plaintiff.

19. Based on my review, Pendo's production demonstrates that Osmosis transmitted to Pendo both (i) direct identifying information about Ms. Nguyen and Mr. Garcia, including [redacted]

[2] These documents contain data originally delivered rendered into PDF format on August 6, 2026.

20. For Plaintiff Kimsa Nguyen, Pendo received [redacted]

21. Ms. Nguyen's records also contain [redacted]

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

22. For Mr. Garcia, Pendo's records identify him by [redacted]

23. The Pendo records consistently use the same [redacted] [redacted]. Thus, Pendo can readily associate video events with corresponding Osmosis users, their names, their email addresses, and other profile information.

24. Should the need arise to ascertain which Osmosis users started [redacted].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 4th day of September, 2026, in Cambridge, Massachusetts

By: ______________________

Dr. Stuart Schechter