# EXHIBIT 32

FMF

Jack Fitzgerald <jfitzgerald@fmfpc.com>

**RE: Nguyen v. Elsevier, Inc. Case No. 5:25-cv-008250-NC - Non-party Pinterest, Inc.'s Document Production**

1 message

**Wong, Kyle** <kwong@cooley.com> Thu, Jun 11, 2026 at 5:58 PM
To: Jack Fitzgerald <jfitzgerald@fmfpc.com>, "Taylor, Jessica L." <jtaylor@cooley.com>

Jack,

This should help:

- Kimsa Nguyen
  - Username: kiimmmchhi
  - User ID: [redacted]
- David Garcia
  - Username: davidgarcia1199
  - User ID: [redacted]

Kyle

---

**From:** Jack Fitzgerald <jfitzgerald@fmfpc.com>
**Sent:** Thursday, June 11, 2026 8:45 AM
**To:** Taylor, Jessica L. <jtaylor@cooley.com>
**Cc:** Wong, Kyle <kwong@cooley.com>
**Subject:** Re: Nguyen v. Elsevier, Inc. Case No. 5:25-cv-008250-NC - Non-party Pinterest, Inc.'s Document Production

Hi, Jessica and Kyle -

Thank you. To clarify, can you tell me which of the 3 spreadsheets corresponds to which of the Plaintiffs? If it is obvious and I've missed it, I apologize, but so far I have not been able to tell. Thank you!

Best,
Jack