**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (SBN 257370)
*jfitzgerald@fmfpc.com*
MELANIE R. MONROE (SBN 275423)
*mmonroe@fmpc.com*
TREVOR M. FLYNN (SBN 253362)
*tflynn@fmfpc.com*
KADEN BYRON (SBN 333158)
*kbyron@fmfpc.com*
ALLISON FERRARO (SBN 351455)
*aferraro@fmfpc.com*
DANIEL E. SACHS (SBN 361027)
*dsachs@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619)215-1741

***Counsel for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

KIMSA NGUYEN and DAVID GARCIA, on behalf of themselves, all others similarly situated, and the general public,

Plaintiffs,

v.

ELSEVIER, INC.,

Defendant.

Case No. 5:25-cv-00825-NC

**EXHIBIT 32 TO DECLARATION OF JACK FITZGERALD IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

**REDACTED FOR PUBLIC FILING**

Judge: Hon. Nathanael M. Cousins

# EXHIBIT 32

FMF

Jack Fitzgerald <jfitzgerald@fmfpc.com>

# RE: Nguyen v. Elsevier, Inc. Case No. 5:25-cv-008250-NC - Non-party Pinterest, Inc.'s Document Production

1 message

**Wong, Kyle** <kwong@cooley.com> Thu, Jun 11, 2026 at 5:58 PM
To: Jack Fitzgerald <jfitzgerald@fmfpc.com>, "Taylor, Jessica L." <jtaylor@cooley.com>

Jack,

This should help:

- Kimsa Nguyen
  - Username: kiimmmchhi
  - User ID: [redacted]
- David Garcia
  - Username: davidgarcia1199
  - User ID: [redacted]

Kyle

---

**From:** Jack Fitzgerald <jfitzgerald@fmfpc.com>
**Sent:** Thursday, June 11, 2026 8:45 AM
**To:** Taylor, Jessica L. <jtaylor@cooley.com>
**Cc:** Wong, Kyle <kwong@cooley.com>
**Subject:** Re: Nguyen v. Elsevier, Inc. Case No. 5:25-cv-008250-NC - Non-party Pinterest, Inc.'s Document Production

Hi, Jessica and Kyle -

Thank you. To clarify, can you tell me which of the 3 spreadsheets corresponds to which of the Plaintiffs? If it is obvious and I've missed it, I apologize, but so far I have not been able to tell. Thank you!

Best,
Jack